In the Matter of DAVID KRAUS, Appellant, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, Respondents.

Submitted April 19, 1937; decided April 27, 1937.

*Paul Windels, Corporation Counsel* (*Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion unless undertaking is filed and appellant pays ten dollars costs within ten days, in which event the motion is denied.